UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT DUFUR

                                          CASE NO.: 8:15-CV-01289-RAL-TBM

    Plaintiff

v.

CREDIT ONE BANK, N.A.

    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, Credit One Bank, N.A. (Credit One), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: December 1, 2015                Respectfully Submitted,

                                          */s/ Michael P. Schuette*
                                          Michael P. Schuette, Esq.
                                          Florida Bar No. 0106181
                                          SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, FL 33618
                                          Telephone: (813) 890-2472
                                          Facsimile: (866) 466-3140
                                          mschuette@sessions.legal
                                          dvanhoose@sessions.legal
                                          *Attorneys for Defendant,*
                                          *Credit One Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of December 2015, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Christopher W. Legg, Esq.
3837 Hollywood Blvd., Ste. B
Hollywood, FL 33021

*/s/ Michael P. Schuette*
Attorney